**1199 SEIU**
United Healthcare Workers East

PRESIDENT
George Gresham

SECRETARY TREASURER
Maria Castaneda

EXECUTIVE VICE-PRESIDENTS
Norma Amsterdam
Yvonne Armstrong
Lisa Brown
Angela Doyle
George Kennedy
Steve Kramer
Joyce Neil
John Reid
Bruce Richard
Mike Rifkin
Monica Russo
Rona Shapiro
Neva Shillingford
Milly Silva
Veronica Turner
Laurie Vallone
Estela Vazquez

VICE-PRESIDENTS AT LARGE
Mark Bergen
Gerard Cadet
Rickey Elliott
Dale Ewart
Tim Foley
Pearl Granat
Vanessa Johnson
Pat Lippold
Barbara Rosenthal
Helen Schaub
Allan Sherman
Minerva Solla
Katherine Taylor
Celia Wcislo

VICE-PRESIDENTS
Jacqueline Alleyne
Shaywaal Amin
Ronnie Babb
Carolyn Brooks
Saily Cabral
Donald Crosswell
Robert Davis Gibson
Jude Derisme
Armeta Dixon
Enid Eckstein
Camille Edwards
Jerry Fishbein
Vladimir Fortunny
Jennifer Foster-Epps
Roy Garcia
Frances Gentle
Ericka Gomez
Derek Grate, Sr.
Rebecca Gutman
Ruth Heller
Kwai Kin (David) Ho
Todd Hobler
Antonio Howell
Herbert Jean-Baptiste
Brian Joseph
Keith Joseph
Maria Kercado
Tyrek Lee
Rosa Lomuscio
Winslow Luna
Coraminita Mahr
Dalton Mayfield
Rhina Molina
Robert Moore*
Aida Morales
Isaac Nortey
Vasper Phillips
Bruce Popper
Lawrence M. Porter
Rhadames Rivera
Victor Rivera
Rene R. Ruiz
Clauvice St. Hilaire
James Scordato
John Seales
Berta Silva
Patricia Smith
Greg Speller
Clare Thompson
Oscar Torres Fernandez
Kathy Tucker
Antoinette Turner
Ana Vazquez
Julio Vives
Lisa Wallace
Margaret West-Allen
Daine Williams
Cynthia Wolff
Gladys Wrenick

GENERAL COUNSEL
Daniel J. Ratner

CHIEF FINANCIAL OFFICER &
DIRECTOR OF ADMINISTRATION
Michael Cooperman

* Acting

March 13, 2015

**BY FIRST CLASS MAIL & E-MAIL**
jmeyer@kdvlaw.com
Jeffery Meyer, Esq.
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Dr., Suite 201
Woodbury, NY 11797

Re:    **Sprain Brook Manor—Restoration of bargaining unit employees'
terms and conditions and resumption of bargaining**

Dear Mr. Meyer,

In accordance with Judge Richard J. Sullivan's Opinion and Order dated March 9, 2015, in *Fernbach v. Sprain Brook Manor Rehab, LLC*, et al., 1:14-cv-09859-RJS (S.D.N.Y.), 1199 SEIU United Healthcare Workers East hereby requests that Sprain Brook Manor Rehab, LLC ("SBM Rehab") immediately restore any and all terms and conditions of employment for workers performing bargaining unit work ("employees") as such terms and conditions existed for those positions on September 12, 2012. The Union's request is limited to the extent that such terms and conditions are more favorable to said employees than those employees' present terms and conditions.

For the avoidance of doubt, the Union's request includes, but is not limited to, restoration of terms and conditions in the following categories:

1) Restore wages of employees performing bargaining unit work to their rates of pay as of September 12, 2012 for any employee employed to work in the facility as of that date and whose current rate of pay is lower than that received as of September 12, 2012 (and not including for those nursing employees who received wage increases after September 12, 2012, or any other employee who is currently paid a higher wage rate than he/she received as of September 12, 2012); and for any employees hired after September 12, 2012, restore their rates of pay to the level paid to their job classification as of September 12, 2012 (except for nursing employees who currently receive higher rates of pay than the same job classification received as of September 12, 2012);

**NEW YORK CITY
PRINCIPAL
HEADQUARTERS**
310 West 43rd St.
New York, NY 10036
(212) 582-1890
www.1199seiu.org

ALBANY
155 Washington Ave.
Albany, NY 12210
Tel. (518) 396-2300
Fax (518) 438-1140

BALTIMORE, MARYLAND
611 North Eutaw Street
Baltimore, MD 21201
Tel. (410) 332-1199
Fax (410) 332-1895

MASSACHUSETTS
150 Mt. Vernon Street, 3rd Fl.
Dorchester, MA 02125
Tel. (617) 284-1199
Fax (617) 474-7150

BUFFALO
2421 Main Street, Suite 100
Buffalo, NY 14214
Tel. (716) 982-0540
Fax (716) 876-0930

FLORIDA
14645 NW 77th Avenue, Ste. #201
Miami Lakes, FL 33014
Tel. (305) 623-3000
Fax (305) 826-1604

GOUVERNEUR
95 E Main Street
Gouverneur, NY, 13642
Tel. (315) 287-9013
Fax (315) 287-7226

HICKSVILLE
100 Duffy Ave., Suite 3 West
Hicksville, NY 11801
Tel. (516) 542-1115
Fax (516) 542-0919

NEW JERSEY
555 Route 1 South, 3rd Fl.
Iselin, NJ 08830
Tel. (732) 287-8113
Fax (732) 287-8117

ROCHESTER
259 Monroe Ave., Suite 220
Rochester, NY 14607
Tel. (585) 244-0830
Fax (585) 244-0956

SYRACUSE
250 South Clinton, Suite 200
Syracuse, NY 13202
Tel. (315) 424-1743
Fax (315) 479-6716

WHITE PLAINS
99 Church St.
White Plains, NY 10601
Tel. (914) 993-6700
Fax (914) 993-6714

2) Seniority restored to original hire date if before September 12, 2012, or to the hire date by the subcontractor if after September 12, 2012;

3) Paid time off, including vacation, holidays, sick leave, and personal leave;

4) Uniform allowance;

5) Meals/meal allowance;

6) Health insurance. To the extent that the health insurance plan as of September 12, 2012 is no longer available, the Union requests that SBM Rehab immediately make available to bargaining unit employees a health insurance plan of comparable or more favorable terms and conditions, to be negotiated with the Union; and

7) Health insurance opt-out payments.

The Union reserves the right to request that further enumerated terms and conditions be restored immediately. To the extent that you have questions about the above, please contact the undersigned.

Further, the Union requests bargaining over the details of the restoration set forth above, as well the resumption of bargaining for a collective bargaining agreement. We are available on the following dates: Wednesday, March 25, 2015 at 2:00pm, and Monday, March 30, 2015 at 3:00pm.

Yours sincerely,

Gregory Speller
Vice President

cc:   William S. Massey, Esq.
      Jane Chung, Esq.
      Yvonne Armstrong, Executive Vice President
      Allan Sherman, Assistant Area Director
      Adrien Trumpler, Contract Administrator

