## William Massey

| | |
|---|---|
| **From:** | William Massey |
| **Sent:** | Tuesday, March 24, 2015 11:36 AM |
| **To:** | 'Jeffery Meyer' |
| **Cc:** | David A. Tauster; GregoryS@1199.org |
| **Subject:** | RE: Sprain Brook dates |

Jeff,

Thanks for your email.  I understand the Employer has no availability for bargaining this week due to your DOL trial.  That said, in its letter dated March 16, the Union also offered to bargain on the afternoon of March 30 (Monday of next week).  Hopefully the Employer can meet at that time.  Please advise.

In addition, regardless of whether the Employer can meet on March 30, we have been and remain available in the interim to discuss by phone the specific and urgent issue of health coverage.  You (or another Employer rep) should reach out to Union V.P. (and lead negotiator) Greg Speller on his cell (845-551-0542).  If you are unable to reach Greg, you have my cell number (718-902-5255).  We look forward to hearing from you.  Thank you.
Bill

**From:** Jeffery Meyer [mailto:jmeyer@kdvlaw.com]
**Sent:** Monday, March 23, 2015 10:39 AM
**To:** William Massey
**Cc:** David A. Tauster
**Subject:** Sprain Brook dates

Bill –

Dates this week are not going to work for me.  I have a DOL trial all week that is going to take up all my time.  What availability do you and/or Greg have next week?

Regards,
Jeff

**Jeffery A. Meyer**
*Partner*
jmeyer@kdvlaw.com | KDVLAW.COM

 KAUFMAN DOLOWICH VOLUCK
ATTORNEYS AT LAW

**135 Crossways Park Drive, Suite 201, Woodbury, NY 11797**
**Direct: 516-283-8707 | Cell: 917-862-1720 | Main: 516-681-1100 | Fax: 516-681-1101**

**NEW YORK | PENNSYLVANIA | NEW JERSEY | SAN FRANCISCO | LOS ANGELES | FLORIDA | CHICAGO**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.
Please consider the environment before printing.

1