UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------------X

KAREN B. FERNBACH, *REGIONAL DIRECTOR, REGION 2,*
*NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE*          No. 14-cv-9859 (RJS)
                              NATIONAL LABOR RELATIONS BOARD,

                                        Petitoner,                         AFFIDAVIT


                VERSUS

SPRAIN BROOK MANOR REHAB, LLC; BUDGET SERVICES INC.;
PINNACLE DIETARY, INC.; *and* LOCAL 713, INTERNATIONAL
BROTHERHOOD OF TRADE UNIONS,

                                 Respondents.

------------------------------------------------------------------------------------------X

STATE OF NEW YORK  )
                                    ) SS.:
COUNTY OF NASSAU)

**RICHARD DOMBROWSKI,** being duly sworn, deposes and says:

1. I am the Secretary/Treasurer of Local 713, International Brotherhood of Trade Unions
   (hereinafter Local 713) and as such am familiar with all of the facts and circumstance
   stated herein.

2. I acknowledge receipt of the Opinion and Order of United States District Court Judge
   Richard J. Sullivan dated March 9, 2015 on behalf of Local 713.

3. As per the terms of the order of the court, Local 713 mailed a copy of the order to the
   homes of all employees employed at the nursing home facility located at 77 Jackson
   Avenue, Scarsdale, New York (hereinafter the Facility) and covered by the collective

bargaining agreement between Local 713 and Sprain Brook Manor Rehab, LLC (hereinafter SBM), Pinnacle Dietary, Inc. (hereinafter Pinnacle) and Budget Services Inc. (hereinafter Budget) on March 14, 2015.

4.  As per the terms of the order of the court, on March 16, 2015, Local 713 rescinded any and all collective bargaining agreements with SBM, Pinnacle and Budget purporting to cover any and all unit employees employed at the Facility by letter to each of the respondents via certified mail return receipt requested so stating.  A copy of the letter and the return receipts is annexed hereto and made a part hereof.

5.  Local 713 shall continue to comply with the order of the court in any manner so directed.

Dated:      March 23, 2015
            Garden City, New York

_____
RICHARD DOMBROWSKI,
Secretary/Treasurer

Sworn to before me this
23rd day of March, 2015

NOTARY PUBLIC

**ROBERT M. VELLA JR.**
**Notary Public, State of New York**
**No. 4975366**
**Qualified in Nassau County**
**Commission Expires December 10, 2018**

# LOCAL 713 I.B.O.T.U.

*"Local 713's mission in the Labor Movement is to better the lives of the working people"*



Peter Hasho
*President*

Richard Dombrowski
*Secretary/Treasurer*

400 Garden City Plaza, Suite 106
Garden City, NY 11530

Phone:  516-741-5564
Fax:     516-741-2358

March 16, 2015

Sprain Brook Manor Rehab, LLC
77 Jackson Avenue
Scarsdale, New York 10583

Budget Services, Inc.
129 South 8th Street
Brooklyn, New York 11211

Pinnacle Dietary, Inc.
50 Jeanne Drive
Newburgh, New York 12550

**Re:**   NLRB v. Sprain Brook Manor Rehab, LLC, *et. al.* 14-CV-9859 (RJS)

Dear Sirs:

With further regard to the above referenced matter, pursuant to the decision and order of
United States District Court Judge Richard J. Sullivan, dated March 9, 2015, this letter
shall serve to confirm Local 713 I.B.O.T.U. hereby rescinds any and all collective
bargaining agreements with Sprain Brook Manor Rehab, LLC, Pinnacle Dietary Services,
Inc. and Budget Services, Inc. purporting to cover any and all Unit employees employed
at the facility located at 77 Jackson Avenue, Scarsdale, New York 10583.

This rescission shall remain in full force and effect until further order of the Court.
Please be guided accordingly.

Very truly yours,

Richard Dombrowski
Secretary/Treasurer



## Card 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Budget Services, Inc.**

**129 South 8th Street**
**Brooklyn, New York 11211**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of D

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☒ Return Receipt for Merch
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7014 1820 0001 0757 8858

PS Form 3811, July 2013   Domestic Return Receipt

## Card 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Pinnacle Dietary, Inc.**

**50 Jeanne Drive**
**Newburgh, New York 12550**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Brynn Reynolds   3/20/15

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

MAR 23 2015

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7014 1820 0001 0757 8841

PS Form 3811, July 2013   Domestic Return Receipt

## Card 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Sprain Brook Manor Rehab, LLC**

**77 Jackson Avenue**
**Scarsdale, New York 10583**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
3/23/15

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

MAR 27 2015

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7014 1820 0001 0757 8865

PS Form 3811, July 2013   Domestic Return Receipt